**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2490**

---

ELWOOD WAYNE MILLS,

                                        Plaintiff - Appellant,

          versus

BERKELEY COUNTY SHERIFF'S DEPARTMENT; PETE
MITCHUM, in his official capacity and
individually; RONALD LAWRENCE, in his official
capacity and individually; JERRY WRIGHT, in
his official capacity and individually;
UNKNOWN OFFICERS, of the Berkeley County
Sheriff's Department in their official
capacity and individually; COUNTY OF BERKELEY,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Patrick Michael Duffy, District
Judge. (CA-01-4494-2-23)

---

Submitted: March 15, 2004          Decided: April 2, 2004

---

Before WIDENER, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Elwood Wayne Mills, Appellant Pro Se. James Albert Stuckey, Jr.,
Robin Lilley Jackson, STUCKEY LAW OFFICES, P.A., Charleston, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elwood Wayne Mills appeals the district court's order granting the Appellees' motion for summary judgment in his 42 U.S.C. §§ 1983, 1985 (2000) civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mills v. Berkeley County Sheriff's Dep't, No. CA-01-4494-2-23 (D.S.C. Oct. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED